UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A | CASE NO. _____<br><br>CHIEF MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS<br><br><u>UNDER SEAL</u> |

<u>ORDER TO SEAL</u>

Upon motion of the United States of America and for good cause shown, it is

**ORDERED** that the Search and Seizure Warrants, Applications, Pen Registers, Non-Disclosure Orders, and related documents in the cases listed in Attachment A remain sealed, and the Clerk is instructed not to unseal the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A until January 31, 2020, or upon a motion by the United States and additional order by the Court.

*Elizabeth Preston Deavers*
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

| 2017 | 2018 | 2019 |
|---|---|---|
| 2:17-mj-607 | 2:18-mj-480 | 2:19-mj-026 |
| | 2:18-mj-481 | 2:19-mj-048 |
| | 2:18-mj-482 | 2:19-mj-068 |
| | 2:18-mj-721 | 2:19-mj-108 |
| | 2:18-mj-730 | 2:19-mj-109 |
| | 2:18-mj-731 | 2:19-mj-128 |
| | 2:18-mj-732 | 2:19-mj-146 |
| | 2:18-mj-733 | 2:19-mj-178 |
| | 2:18-mj-734 | 2:19-mj-179 |
| | 2:18-mj-735 | 2:19-mj-180 |
| | 2:18-mj-736 | 2:19-mj-181 |
| | 2:18-mj-739 | 2:19-mj-195 |
| | 2:18-mj-753 | 2:19-mj-264 |
| | 2:18-mj-754 | 2:19-mj-287 |
| | 2:18-mj-755 | 2:19-mj-288 |
| | 2:18-mj-757 | 2:19-mj-298 |
| | 2:18-mj-792 | 2:19-mj-303 |
| | 2:18-mj-796 | 2:19-mj-304 |
| | 2:18-mj-797 | 2:19-mj-350 |
| | 2:18-mj-808 | 2:19-mj-386 |
| | 2:18-mj-809 | 2:19-mj-433 |
| | 2:18-mj-810 | 2:19-mj-511 |
| | 2:18-mj-811 | 2:19-mj-514 |
| | 2:18-mj-868 | 2:19-mj-589 |
| | 2:18-mj-877 | 2:19-mj-663 |
| | 2:18-mj-938 | |

Kelley